In the Matter of the Claim of CHARLES VAN SCHOICK, Respondent, *v.* THE FELTERS Co., INC., et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Workmen's compensation — award for injury resulting from fall from chair on which claimant stood to fix electric light bulb in socket.*

*Van Schoick* v. *Felters·Co., Inc.*, 195 App. Div. 951, affirmed.

(Argued June 6, 1921; decided July 14, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 10, 1921, affirming an award of the state industrial commission made under the Workmen's Compensation Law. Claimant, while engaged in the regular course of his employment standing on a chair to fit an electric light bulb into a socket, stepped on the edge of the chair and the chair slipped from under him and he fell violently to the floor and struck his left hand and left hip on the floor. As a result of said fall it is alleged he received a Colles fracture of his left wrist, an injury to his left hip, and a concussion of the spinal cord, causing a subacute myelitis of the spinal cord which resulted in the paralysis of both legs.

*William H. Foster* for appellants.

*Charles D. Newton,* Attorney-General (E. C. Aiken of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, McLAUGHLIN and ANDREWS, JJ. Absent: CRANE, J.